IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNIE LEWIS,** | : | **CIVIL NO. 1:14-CV-0664** |
| | : | |
| **Plaintiff** | : | **(Judge Rambo)** |
| | : | |
| **v.** | : | **(Magistrate Judge Cohn)** |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

On June 26, 2015, the magistrate judge to whom this matter was referred filed a report and recommendation (Doc. 14) in which he recommends that the captioned social security disability appeal be denied and the case closed. After the grant of an extension of time, counsel for Plaintiff has advised the court by letter (Doc. 17) that she will not be filing objections to the report and recommendation.

Therefore, upon independent review of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Cohn.

2) The Plaintiff's appeal is **DENIED** as the decision of the Administrative Law Judge is supported by substantial evidence.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  July 27, 2015.